IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CMH HOMES, INC. d/b/a/ CLAYTON
HOMES HOT SPRINGS, AR                                                    PLAINTIFF

v.                              Case No. 6:17-cv-6028

TRACY SAMUELS                                                            DEFENDANT

## ORDER

Before the Court is Plaintiff CMH Homes, Inc.'s Notice of Dismissal. (ECF No. 9). Plaintiff gives notice that it voluntarily dismisses the above-captioned proceeding against Defendant Tracy Samuels. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge